1  MARC V. KALAGIAN
   ATTORNEY AT LAW: 149034
2  ROHLFING & KALAGIAN, LLP
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   TELE: 562/437-7006
4  FAX:  562/432-2935
   Email:  marckalagian_rohlfinglaw@hotmail.com

5  Attorneys for Plaintiff JOHN A. BARTOLOTTO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. BARTOLOTTO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: CV 09-4733CW<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: December 23, 2009

\_\_\_\_/S/ Carla M. Woehrle_____
UNITED STATES MAGISTRATE JUDGE